# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No.: 2:17-cr-00306-JCM-PAL |
| Plaintiff, | **ORDER** |
| v. | (Docket No. 389) |
| FREDERICK THOMAS, | |
| Defendant. | |

Pending before the Court is Defendant Frederick Thomas' motion for self-surrender. Docket No. 389. Defendant asks the Court to release him on his own recognizance so that he may travel to Montgomery Federal Prison Camp and self-surrender to the BOP. *Id.* at 2-3.

The Court has already released Defendant on the instant case, with conditions. *See* Docket No. 383. Defendant remains, however, in BOP custody on a sentence imposed on him in an entirely different case. Docket No. 874, case 2:12-cr-00004-APG-GWF. This Court has no authority to modify the sentence in that case.

Accordingly, Defendant's motion for self-surrender, Docket No. 389, is hereby **DENIED**.

IT IS SO ORDERED.

DATED: April 24, 2018.

NANCY J. KOPPE
UNITED STATES MAGISTRATE JUDGE

1