Maysoun Fletcher, Esq.
Nevada Bar No. 10041
The Fletcher Firm, P.C.
5510 South Fort Apache Rd.
Las Vegas, Nevada 89148
Telephone: (702) 835-1542
Facsimile: (702) 835-1559
maf@fletcherfirmlaw.com
Attorney for Defendant,
FREDERICK THOMAS

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                      Plaintiff,<br><br>vs.<br><br>FREDERICK THOMAS,<br><br>                      Defendant. | CASE NO.: 2:17-CR-00306-JCM-PAL<br><br>**FREDERICK THOMAS' UNOPPOSED MOTION TO MODIFY THE CONDITIONS OF PRE-TRIAL RELEASE** |

**CERTIFICATION:** This motion is timely filed.

COMES NOW Defendant, Frederick Thomas, by and through his counsel, Maysoun Fletcher, and hereby requests permission to open one checking and one savings account.

Dated this 8th day of April, 2019.

                                                              Respectfully submitted,

                                                              *//s// Maysoun Fletcher Esq.*
                                                              Attorney for Frederick Thomas

On April 13, 2018, Mr. Thomas' detention hearing was held and he was released on a personal recognizance bond with conditions. (ECF 383) One of the conditions prevented Mr. Thomas from opening any new financial accounts. (ECF 383, No. 74) Mr. Thomas is currently employed and making great strides to reacclimate as a productive member of society, after being in BOP custody for nearly 5 years on the sister case, *U.S. v. Zoloterev*, 2:12-cr-00004, to the current matter. He is currently at a residential re-entry center in Orlando, Florida, is gainfully employed, and has earned permission to go home to visit his children and girlfriend, the mother of his children, on the weekends.

At this time, Mr. Thomas has no bank accounts and he requests permission to open one checking and one savings account to allow him to function in the world by depositing his earnings into a bank account, placing a portion of his earnings in a savings account, and writing checks for his debts and obligations. Counsel for Mr. Thomas reached out to Government Counsel, Chad McHenry, who has no opposition to this request with the provision that pre-trial services have access to the transactions on the accounts and that he is not to apply for or open any other financial accounts of any kind.

Without any bank account, Mr. Thomas is currently forced to cash his pay checks, provide proof that he has the money to the residential re-entry center, obtain cashier checks or money orders for everything he has to pay, including, but not limited to, restitution for the prior case referenced above, child support, and all other debts he must pay. He is also unable to place any of his earnings in a savings account, instead having to keep them as cash on hand.

For these reasons, Mr. Thomas respectfully requests that his conditions of release be slightly modified to permit him to open one checking and one savings account at a bank with pretrial services having the ability to monitor the transactions on the account.

**ORDER**

**IT IS SO ORDERED** that Frederick Thomas' Unopposed Motion To Modify The Conditions of Pre-Trial Release is GRANTED. Mr. Thomas shall be permitted to open one checking and one savings account at a financial institution and Pre-trial services shall have the ability to monitor the transactions on the accounts.

Dated this  11  day of    April    , 2019.

_____
**U.S. MAGISTRATE JUDGE**

# **CERTIFICATE OF SERVICE**

I hereby certify that on this 8th day of April, 2019, I caused a true and correct copy of the foregoing FREDERICK THOMAS' UNOPPOSED MOTION TO MODIFY THE CONDITIONS OF PRE-TRIAL RELEASE to be electronically filed with the Clerk of the Court by submitting the document listed above to the electronic filing and service system at the United States District Court (CM/ECF), District of Nevada. CM/ECF will provide copies to all counsel of record registered to receive CM/ECF notifications.

*/s/ Maysoun Fletcher*
Maysoun Fletcher, an Employee of
The Fletcher Firm, P.C.