1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

UNITED STATES OF AMERICA,

                Plaintiff,

v.

FREDERICK THOMAS,

                Defendant.

Case No.: 2:17-cr-00306-JCM-VCF

**ORDER**

(Docket No. 759)

Pending before the Court is Defendant Frederick Thomas' motion to allow travel. Docket No. 759. *See also* Corrected Image at Docket No. 761.

Defendant submits that he was released on conditions in the instant case on April 13, 2018. *Id*. at 2. He further submits that he has been fully complaint with all conditions of release. *Id*. Defendant submits that his conditions restrict him from travel without court approval; therefore, he asks the Court to modify his conditions of release to allow him to travel to the United States Virgin Islands on February 11-14, 2021, with his girlfriend and their 5-year old daughter. *Id*. Finally, Defendant submits that counsel for the United States, his Pretrial Services Officer in the instant case, and his Probation Officer in a prior case have all advised that they do not oppose this request. *Id*.

Accordingly, the Court **GRANTS** Defendant's motion to modify conditions to allow for the requested travel. Docket No. 759. The Court modifies Defendant's travel condition to allow him to travel to the United States Virgin Islands on February 11-14, 2021. No later than February

. . . .

. . . .

. . . .

. . . .

1

4, 2021, Defendant must provide his entire itinerary, including travel dates and times, where he will stay, where he will go, and with whom he will travel, stay, and meet while he is outside the District of Nevada, to his Pretrial Services Officer.  If Defendant fails to provide this information to his Pretrial Services Officer by February 4, 2021, the Court will reconsider this order and deny Defendant's request for modification.

IT IS SO ORDERED.

DATED: December 2, 2020.

NANCY J. KOPPE
UNITED STATES MAGISTRATE JUDGE