**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>Plaintiff,<br><br>vs.<br><br>FREDERICK THOMAS,<br>Defendants. | CASE NO.: 2:17-CR-00306-JCM-VCF<br>ORDER GRANTING<br>FREDERICK THOMAS' UNOPPOSED<br>MOTION TO ALLOW COMPUTER ACCESS<br>FOR WORK PURPOSES |

COMES NOW, Frederick Thomas, by and through his attorney, Maysoun Fletcher, Esq. with The Fletcher Firm, P.C., and hereby files this Unopposed Motion seeking this Honorable Court's permission to have a work issued computer.

Dated this 10th day of December, 2020

Respectfully Submitted,

*/s/ Maysoun Fletcher*
Maysoun Fletcher, Esq.
5510 S. Fort Apache Road
Las Vegas, NV. 89148
(702) 835-1542
Attorney for Frederick Thomas

**I.     INTRODUCTION**

Mr. Thomas was placed on pre-trial release in this case on April 13, 2018. At the time of Mr. Thomas' initial pretrial release, he was nearing the completion of a 60-month prison sentence in the related Carder.su case, Case Number 2:12-cr-004-APG-GWF ("Carder.su"). Mr. Thomas began his 3-year term of supervised release in Carder.su on July 19, 2019, initially being released to a residential re-entry center in Florida around February, 2019. Since his release, he has been fully compliant and has worked diligently to be a model father, employee, partner, and citizen. On December 4, 2020, as a result of his outstanding behavior and reformation, the Court granted his request for early termination of supervised release in Carder.su.[1]

Mr. Thomas is gainfully employed as a supervisor with Red-Bull. His employer is requiring him to have a company issued computer to work from home. His current pre-trial conditions prevent him from accessing a computer. [2] Therefore, he seeks this Court's permission to have a computer for work purposes only.

Prior to filing this motion, undersigned counsel spoke with counsel for the United States, Kelly Pearson, and Mr. Thomas' Pretrial services officer, Jessie Moorehead, who each advised they do not oppose Mr. Thomas' request. As discussed with Ms. Pearson, he will provide access and his login credentials to pretrial services and only use the computer for work purposes.

**EMPLOYMENT**

Prior to his incarceration in Carder.su, Mr. Thomas worked for Red-Bull from July, 2013 until his self-surrender on March 20, 2015. He was re-hired by Red-Bull in March, 2019, while still at the residential re-entry center. Mr. Thomas has worked hard, with professionalism and humility and achieved several employee awards since his release. Due to his strong work ethic, he has been

---

[1] Please see Order [ECF 1715] and Motion [ECF 1714], Case No. 2:12-cr-004-APG-GWF.

[2] Condition No. 54.

promoted twice since March, 2019.  In June, 2019, he was promoted to Account Sales Manager from Sales Trainee and in September of this year, he was promoted to Account Sales Manager Lead.  Currently, he is being considered for a District Manager position.

## II.     LEGAL ARGUMENT

Mr. Thomas' employer issued computer will not make him a danger to the community. The allegations against Mr. Thomas in this case stem from alleged conduct in early 2011.  Mr. Thomas has since served a 60-month prison sentence and successfully completed his supervised release. He is reformed from his alleged conduct in 2011.  Moreover, he consents to pre-trial services having access to the computer and will ensure they have his password and login credentials. He will also only use the computer for work purposes.

## III.     CONCLUSION

For all the foregoing reasons, Mr. Thomas respectfully requests that this Honorable Court amend condition number 54 to allow him to have access to a computer for work purposes only with a special condition that pre-trial services be given his password and login credentials and access to the computer.

Dated this 10th day of December, 2020.

Respectfully submitted,

/s/*Maysoun Fletcher*
Maysoun Fletcher, Esq.
Attorney for Frederick Thomas

IT IS SO ORDERED.

_____
NANCY J. KOPPE
UNITED STATES MAGISTRATE JUDGE

DATED:  December 10, 2020