THE FLETCHER FIRM, P.C.
MAYSOUN FLETCHER, ESQ.
Nevada Bar No. 10041
5510 S. Fort Apache Road
Las Vegas, Nevada  89148
Telephone:  (702) 835-1542
Facsimile:  (702) 835-1559
maf@fletcherfirmlaw.com
Counsel for Frederick Thomas

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

\*\*\*

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　Plaintiff,<br><br>v.<br><br>FREDERICK THOMAS,<br><br>　　　　　　Defendant. | Case No. 2:17-cr-00306-JCM-VCF-7<br><br>**STIPULATION TO CONTINUE CHANGE OF PLEA HEARING**<br>(First Request) |

**IT IS HEREBY STIPULATED AND AGREED**, by and between Defendant Frederick Thomas, by and through his counsel, Maysoun Fletcher, Esq., and the United States of America, by its counsel, Chad McHenry, Esq., that the Change of Plea Hearing currently scheduled for June 18, 2021, at 10:30 a.m. be vacated and set to a date and time convenient to this Court but no sooner than thirty (30) days. The Stipulation is entered into for the following reasons:

1. Counsel for the defendant recently received a new production of discovery labeled Volume 15 and needs an opportunity to review it prior to the defendant's change of plea.
2. Mr. Thomas is currently out of custody and does not object to this request.
3. The United States of America does not object to this request

/ / /

/ / /

/ / /

4. Additionally, denial of this request for continuance could result in a miscarriage of justice.

5. This is the First request for a continuance of Mr. Thomas' Change of Plea Hearing and is not sought for delay.

DATED this 10th day of June, 2021.

*/s/ Chad McHenry*
Chad McHenry, Esq.
Trial Counsel for the United States

*/s/ Maysoun Fletcher*
Maysoun Fletcher, Esq.
Counsel for Frederick Thomas

THE FLETCHER FIRM, P.C.
MAYSOUN FLETCHER, ESQ.
Nevada Bar No. 10041
5510 S. Fort Apache Road
Las Vegas, Nevada 89148
Telephone: (702) 835-1542
Facsimile: (702) 835-1559
maf@fletcherfirmlaw.com
Counsel for Frederick Thomas

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

\*\*\*

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>FREDERICK THOMAS,<br><br>Defendant. | Case No. 2:17-cr-00306-JCM-VCF-7<br><br>**STIPULATION TO CONTINUE CHANGE OF PLEA HEARING**<br>(First Request) |

## **FINDINGS OF FACTS**

Based upon the pending stipulation of the parties, and good cause appearing therefore, the Court finds that:

1. Counsel for the defendant recently received a new production of discovery labeled Volume 15 and needs an opportunity to review it prior to the defendant's change of plea.
2. Mr. Thomas is currently out of custody and does not object to this request.
3. The United States of America does not object to this request.
4. Additionally, denial of this request for continuance could result in a miscarriage of justice.
5. This is the First request for a continuance of Mr. Thomas' Change of Plea Hearing and is not sought for delay.

3

## ORDER

**IT IS THEREFORE ORDERED** that the change of plea hearing set for June 18, 2021, at 10:30 a.m. is vacated and continued to <u>August 11, 2021</u>, 2021 at <u>11:00 a.m</u>, in Courtroom 6A.

Dated June 11, 2021.

_____
UNITED STATES DISTRICT JUDGE