UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　　　　　Plaintiff(s),<br><br>　v.<br><br>FREDERICK THOMAS, et al.,<br><br>　　　　　　　　　　Defendant(s). | Case No. 2:17-CR-306 JCM (VCF)<br><br>ORDER |

　　　Presently before the court is Frederick Thomas's unopposed motion to modify conditions of release (ECF No. 936) in order to travel for a family vacation September 23-26, 2021. The court grants the motion.

　　　Accordingly,

　　　IT IS HEREBY ORDERED, ADJUDGED, and DECREED that defendant's motion to modify conditions of release (ECF No. 936) be, and the same hereby is, GRANTED.

　　　DATED September 13, 2021.

　　　　　　　　　　　　　　　　　　　　　　　_/s/ James C. Mahan_
　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE

**James C. Mahan**
**U.S. District Judge**