1  THE FLETCHER FIRM, P.C.
   MAYSOUN FLETCHER, ESQ.
2  Nevada Bar No. 10041
   5510 S. Fort Apache Road
3  Las Vegas, Nevada 89148
   Telephone: (702) 835-1542
4  Facsimile: (702) 835-1559
   maf@fletcherfirmlaw.com
5  Counsel for Frederick Thomas

6                    **UNITED STATES DISTRICT COURT**

7                           **DISTRICT OF NEVADA**

8                                   **\*\*\***

9  UNITED STATES OF AMERICA,            Case No. 2:17-cr-00306-JCM-VCF-7

10                Plaintiff,
                                        **STIPULATION TO CONTINUE**
11  v.                                  **SENTENCING**
                                        (First Request)
12  FREDERICK THOMAS,

13                Defendant.

14

15         **IT IS HEREBY STIPULATED AND AGREED**, by and between Defendant Frederick

16  Thomas, by and through his attorneys, Maysoun Fletcher, Esq. and Richard Pocker, Esq., and

17  the United States of America, by its counsel, Chad McHenry, Esq., that the Sentencing Hearing

18  currently scheduled for November 17, 2021, at 11:00 a.m. be vacated and set to a date and time

19  convenient to this Court but no sooner than ninety (90) days. The Stipulation is entered into for

20  the following reasons:

21      1. Counsel for the defendant needs additional time to prepare for sentencing.

22      2. Mr. Thomas is currently out of custody and does not object to this request.

23      3. The United States of America does not object to this request

24      4. Additionally, denial of this request for continuance could result in a miscarriage of

25  justice.

26  ///

                                            1

1. 5. This is the First request for a continuance of Mr. Thomas' Sentencing Hearing and is not sought for delay.

DATED this 29th day of October, 2021.

| | |
|---|---|
| */s/ Chad McHenry* | */s/ Maysoun Fletcher* |
| Chad McHenry, Esq. | Maysoun Fletcher, Esq. |
| Trial Counsel for the United States | Richard Pocker, Esq. |
| | Counsel for Frederick Thomas |

THE FLETCHER FIRM, P.C.
MAYSOUN FLETCHER, ESQ.
Nevada Bar No. 10041
5510 S. Fort Apache Road
Las Vegas, Nevada  89148
Telephone:  (702) 835-1542
Facsimile:  (702) 835-1559
maf@fletcherfirmlaw.com
Counsel for Frederick Thomas

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

\*\*\*

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 2:17-cr-00306-JCM-VCF-7 |
| Plaintiff, | |
| v. | **STIPULATION TO CONTINUE SENTENCING HEARING** (First Request) |
| FREDERICK THOMAS, | |
| Defendant. | |

## **FINDINGS OF FACTS**

Based upon the pending stipulation of the parties, and good cause appearing therefore, the Court finds that:

1. Counsel for the defendant needs additional time to prepare for sentencing.
2. Mr. Thomas is currently out of custody and does not object to this request.
3. The United States of America does not object to this request.
4. Additionally, denial of this request for continuance could result in a miscarriage of justice.

/ / /

/ / /

/ / /

/ / /

3

5. This is the First request for a continuance of Mr. Thomas' Sentencing Hearing and is not sought for delay.

**ORDER**

**IT IS THEREFORE ORDERED** that the sentencing hearing set for November 17, 2021, at 11:00 a.m. is vacated and continued to February 16, 2022 at 10:00 a.m., in Courtroom 6A.

Dated November 2, 2021.

*/s/ James C. Mahan*
UNITED STATES DISTRICT JUDGE