THE FLETCHER FIRM, P.C.
MAYSOUN FLETCHER, ESQ.
Nevada Bar No. 10041
5510 S. Fort Apache Road
Las Vegas, Nevada 89148
Telephone: (702) 835-1542
Facsimile: (702) 835-1559
maf@fletcherfirmlaw.com
Counsel for Frederick Thomas

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

\*\*\*

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>FREDERICK THOMAS,<br><br>Defendant. | Case No. **2:17-cr-00306-JCM-VCF-7**<br><br>**STIPULATION TO CONTINUE SENTENCING**<br>(Second Request) |

**IT IS HEREBY STIPULATED AND AGREED**, by and between Defendant Frederick Thomas, by and through his attorneys, Maysoun Fletcher, Esq. and Richard Pocker, Esq., and the United States of America, by its counsel, Chad McHenry, Esq., that the Sentencing Hearing currently scheduled for February 16, 2022, at 10:00 a.m. be vacated and set to a date and time convenient to the Court after March 21, 2022, but within forty-five.(45) days, if possible. The Stipulation is entered into for the following reasons:

1. Counsel for the defendant needs additional time to prepare for sentencing.
2. Mr. Thomas is currently out of custody and would like to appear in person. He needs additional time to make travel arrangements and does not object to this request.
3. The United States of America does not object to this request.
4. Additionally, denial of this request for continuance could result in a miscarriage of justice.

1

5. This is the Second request for a continuance of Mr. Thomas' Sentencing Hearing and is not sought for delay.

DATED this 8th day of February. 2022.

| */s/ Chad McHenry* | */s/ Maysoun Fletcher* |
|---|---|
| Chad McHenry, Esq. | Maysoun Fletcher, Esq. |
| Trial Counsel for the United States | Richard Pocker, Esq. |
| | Counsel for Frederick Thomas |

THE FLETCHER FIRM, P.C.
MAYSOUN FLETCHER, ESQ.
Nevada Bar No. 10041
5510 S. Fort Apache Road
Las Vegas, Nevada  89148
Telephone:  (702) 835-1542
Facsimile:  (702) 835-1559
maf@fletcherfirmlaw.com
Counsel for Frederick Thomas

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

**\*\*\***

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>          Plaintiff,<br><br>v.<br><br>FREDERICK THOMAS,<br><br>          Defendant. | Case No. 2:17-cr-00306-JCM-VCF-7<br><br>**STIPULATION TO CONTINUE SENTENCING HEARING**<br>(Second Request) |

**<u>FINDINGS OF FACTS</u>**

Based upon the pending stipulation of the parties, and good cause appearing therefore, the Court finds that:

1. Counsel for the defendant needs additional time to prepare for sentencing.
2. Mr. Thomas is currently out of custody and would like to appear in person.  He needs additional time to make travel arrangements and does not object to this request.
3. The United States of America does not object to this request.
4. Additionally, denial of this request for continuance could result in a miscarriage of justice.

/ / /

/ / /

/ / /

3

...

5. This is the Second request for a continuance of Mr. Thomas' Sentencing Hearing and is not sought for delay.

## ORDER

**IT IS THEREFORE ORDERED** that the sentencing hearing set for February 16, 2022, at 10:00 a.m. is vacated and continued to **April 6, 2022 at 10:30 a.m.,** in Courtroom 6A.

Dated February 11, 2022.

_____
UNITED STATES DISTRICT JUDGE