MAYSOUN FLETCHER, ESQ.
Nevada Bar No. 10041
The Fletcher Firm, P.C.
5510 S. Fort Apache Rd.
Las Vegas, Nevada 89148
Tel:   (702) 835-1542
maf@fletcherfirmlaw.com
Attorney for Defendant,
FREDERICK THOMAS

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　vs.<br><br>FREDERICK THOMAS,<br>　　　　Defendant. | CASE NO.: 2:17-CR-306-JCM-VCF-7<br><br>**MOTION TO REMOVE ATTORNEY FROM THE CM/ECF E-NOTICE LIST** |

　　　Frederick Thomas, by and through his CJA counsel, Maysoun Fletcher, hereby moves this Court to allow counsel to be removed from the CM/ECF E-Notice List.  Defendant was sentenced on April 6, 2022, and the judgement was filed on April 8, 2022 [ECF No. 1028].

　　　For this reason, counsel no longer needs to be notified of this matter and is requesting to be removed from the CM/ECF E-Notice List.

　　　Respectfully submitted this 23rd day of May, 2022.

　　　　　　　　　　　　　　　　　　　　By:*/s/ Maysoun Fletcher*
　　　　　　　　　　　　　　　　　　　　MAYSOUN FLETCHER, ESQ.
　　　　　　　　　　　　　　　　　　　　Nevada Bar No. 10041
　　　　　　　　　　　　　　　　　　　　Fletcher Firm, P.C.
IT IS SO ORDERED.　　　　　　　　　　　5510 S. Fort. Apache Rd.
　　　　　　　　　　　　　　　　　　　　Las Vegas, Nevada 89148
*[signature: Cam Ferenbach]*　　　　　　Attorney for Defendant Frederick Thomas
_____
Cam Ferenbach
United States Magistrate Judge

DATED __5-25-2022_____

**CERTIFICATE OF SERVICE**

I hereby certify that on this 23rd day of May, 2022, a true and correct copy of the Motion to Remove Attorney From the CM/ECF E-Notice List was served via the United States District Court CM/ECF system on all parties or persons requiring notice.

By:*/s/ Maysoun Fletcher*
MAYSOUN FLETCHER, ESQ.