**UNITED STATES PROBATION OFFICE**
**DISTRICT OF NEVADA**
**MEMORANDUM**

RE: Frederick Markeef Thomas

Case No.:  2:17-cr-00306-JCM-7

TRANSFER OF JURISDICTION

May 31, 2023

TO:    The Honorable James C. Mahan
        United States District Judge

On April 6, 2022, Frederick Markeef Thomas was sentenced by the Honorable James C. Mahan, Senior United States District Judge, to Time Served to be followed by three (3) years' supervised release.

Prior to sentencing Mr. Thomas was residing in the Middle District of Florida and has maintained a residence at 8700 Maitland Summit Boulevard, Apt. #343, Orlando, Florida. He has been under the supervision of the probation office in the Middle District of Florida.

The probation office for the Middle District of Florida has requested the transfer of jurisdiction to address the recent criminal violations of supervision outlined in the petition for a warrant dated May 31, 2023.

It is respectfully requested that jurisdiction be transferred to the Middle District of Florida. Please find the attached copy of the Transfer of Jurisdiction order for the Court's consideration.

Respectfully submitted,

Digitally signed by
Brianna King
Date: 2023.06.02
11:32:26 -07'00'

Brianna King
United States Probation Officer

Approved:

Digitally signed by Brian
Blevin
Date: 2023.06.01 17:08:16
-07'00'

Brian Blevins, Supervising
United States Probation Officer

| PROB 22<br>(Rev.  2/88) | DOCKET NUMBER *(Tran. Court)* |
|---|---|
| | 2:17CR00306 |

## TRANSFER OF JURISDICTION

DOCKET NUMBER *(Rec. Court)*

| NAME AND ADDRESS OF PROBATIONER/SUPERVISED RELEASEE | DISTRICT | DIVISION |
|---|---|---|
| Frederick Thomas<br>8700 Maitland Summit Boulevard<br>Orlando, Florida  32810 | Nevada | U.S. Probation Office |

| | NAME OF SENTENCING JUDGE |
|---|---|
| | James C. Mahan |

| DATES OF PROBATION/<br>SUPERVISED RELEASE | FROM | TO |
|---|---|---|
| | 4/6/2022 | 4/5/2025 |

OFFENSE
18 U.S.C. §§ 1962(d) & 1963  Racketeering Conspiracy

---

**PART 1 - ORDER TRANSFERRING JURISDICTION**

UNITED STATES DISTRICT COURT FOR THE _____  DISTRICT OF  Nevada _____

     IT IS HEREBY ORDERED that, pursuant to 18 U.S.C. 3605, the jurisdiction of the probationer or supervised releasee named above be transferred with the records of this Court to the United States District Court for the  Middle District of Florida  upon that Court's order of acceptance of jurisdiction.  This Court hereby expressly consents that the period of probation or supervised release may be changed by the District Court to which this transfer is made without further inquiry of this court.*

| June 5, 2023 | *Jeuw C. Mahan* |
|---|---|
| *Date* | *United States District Judge* |

*This sentence may be deleted in the discretion of the transferring Court.

**PART 2 - ORDER ACCEPTING JURISDICTION**

UNITED STATES DISTRICT COURT FOR THE  Middle   DISTRICT OF  Florida

     IT IS HEREBY ORDERED that jurisdiction over the above-named probationer/supervised releasee be accepted and assumed by this Court from and after the entry of this order.

| 5/31/2023 | |
|---|---|
| *Effective Date* | *United States District Judge* |